21-15696

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**DANIEL E. GONZALEZ,**

                                                      Appellant,

    v.

**DEPARTMENT (BUREAU) OF REAL ESTATE,**
**A California State Agency; KYLE THOMAS**
**JONES; TRICIA SOMMERS; TRUDY ANN**
**SUGHRUE; JEFF DAVI; WILLIAM E. MORAN;**
**WAYNE S. BELL; JOHN VAN DRIEL,**

                                                      Respondents.

Appeal from the United States District Court
for the Eastern District of California

No. 2:15-cv-2448 TLN KJN PS
Troy L. Nunley, Judge

**RESPONDENTS' MOTION TO DISMISS**
**APPEAL PURSUANT TO FRAP 42-1**

                                                  Rob Bonta
                                                  Attorney General of California
                                                  Danielle F. O'Bannon
                                                  Senior Assistant Attorney General
                                                  Catherine Woodbridge
                                                  Supervising Deputy Attorney General
                                                  John C. Bridges
                                                  Deputy Attorney General
                                                  State Bar No. 248553
                                                   1300 I Street, Suite 125
                                                   P.O. Box 944255
                                                   Sacramento, CA 94244-2550
                                                   Telephone: (916) 210-7529
                                                   Fax: (916) 322-8288
                                                   Email: John.Bridges@doj.ca.gov
                                                 *Attorneys for Respondents Jones, Sommers,*
                                                 *Sughrue, Davi, Bell, Moran and VanDriel*

Respondents Jones, Sommers, Sughrue, Davi, Bell, Moran and VanDriel, hereby move to dismiss this appeal, Case Number 21-15696, due to Appellant Daniel E. Gonzalez's failure to prosecute.

## PROCEDURAL BACKGROUND

Appellant Gonzalez filed two appeals related to the Respondents in this action. The first is the instant appeal (21-15696). The second, Case Number 22-15523, was dismissed by the clerk of this court on July 21, 2022, for failure to prosecute pursuant to Ninth Circuit Rule 42-1.

On July 13, 2022, this court issued an order granting Appellant Gonzalez's motion for an extension of time to file his opening brief. That order states that the opening brief is due August 12, 2022. (Docket Entry No. 27.)

On August 1, 2022, Gonzalez filed a motion to vacate the briefing schedule. (Docket Entry No. 28.) The court did not rule on that motion.

On August 12, Gonzalez filed a motion to reinstate the dismissed appeal (Docket Entry No. 4 related to Case No. 21-15523), as well as a motion to consolidate both appeals (Docket Entry No. 29 in the instant appeal). The court did not rule on these motions.

To date, Gonzalez has not filed an opening brief. The court has granted five requests for extension of time to file his opening brief (Docket Entry Nos. 10, 12,

17, 20, and 27.) Nearly six months has passed since the August 12, 2022 deadline for the filing of the opening brief, and Gonzalez has still not filed it.

## ARGUMENT

This appeal should be dismissed for failure to prosecute. Ninth Circuit Rule 42-1 provides that, "[w]hen an appellant fails to file a timely record, pay the docket fee, file a timely brief, or otherwise comply with rules requiring processing the appeal for hearing, an order may be entered by the clerk dismissing the appeal." (FRAP Rule 42-1.) Gonzalez has had ample time to file his opening brief and has failed to do so. Instead, he filed a motion to reinstate a related appeal that was already dismissed for his failure to file an opening brief, rather than filing the opening brief in this matter.

## CONCLUSION

Gonzalez has failed to comply with this court's order to file an opening brief by August 12, 2022. He has failed to prosecute his appeal. Accordingly, Respondents respectfully request that this motion be granted and the appeal dismissed.

Dated: January 6, 2023                Respectfully Submitted,

ROB BONTA
Attorney General of California
DANIELLE F. O'BANNON
Senior Assistant Attorney General
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General


**/S/ JOHN C. BRIDGES**
JOHN C. BRIDGES
Deputy Attorney General
*Attorneys for Respondents Jones, Sommers, Sughrue, Davi, Bell, Moran and VanDriel*

SA2021301900
36830019.docx

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

**9th Cir. Case Number(s)**  21-15696

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**
[ ]  I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**
[ X ]  I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Daniel Gonzalez
657 Concord Place
Pleasanton, CA  94566-7915
*In Pro Per*

**Description of document(s)** *(required for all documents)*:

RESPONDENTS' MOTION TO DISMISS APPEAL PURSUANT TO FRAP 42-1

*/s/ T. Torres-Herrera*          1-6-23
Terri Torres-Herrera          January 6, 2023

SA2021301900
36830631.docx