# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 26. Notice of Delay

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form26instructions.pdf*

**9th Cir. Case Number(s)**

**Case Name**

Name(s) of party or parties filing this notice:

I am notifying the court that this appeal or petition has been pending before the court for a period in excess of that set forth below:

☐ A motion has been pending for longer than 4 months.

☐ The parties have not received notice of oral argument or submission on the briefs within 15 months after the completion of briefing.

☐ A decision on the merits has not been issued within 9 months after submission.

☐ The mandate has not issued within 28 days after the time to file a petition for rehearing has expired.

☐ A petition for rehearing has been pending for longer than 6 months.

☐ Other *(describe the nature of the delay)*:

**Signature** **Date**

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 26** *New 12/01/2018*