UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Correction of the Court Record |

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 21-15696 consolidated with 22-15523 |

**Case Name** | Gonzalez v Department of Real Estate, Davi, Bell, Sughrue, et al |

**Lower Court or Agency Case Number** | 2:15-cv-02448 |

What is your name? | Daniel Gonzalez |

1. **What** do you want the court to do?

The clerk should correct the court docket and file appellant's "Notice of Compliance" submitted electronically through the Court's pro per portal on June 29, 2023.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

On 6/14/2023, the Court ordered a motion to the district court for missing transcripts at government expense. On 6/29/2023, appellant complied and also filed electronically a "Notice of Compliance" to this Court. The "Notice of Compliance" is missing from the court record. The motion to the district court exposes unlawful and purposeful discrimination since June 15, 2010. A letter to the clerk with a hard copy of the "Notice of Compliance" in its entirety is being mailed certified.

Your mailing address:

| P.O. Box 847 |

City | Pleasanton |     State | CA |     Zip Code | 94566 |

Prisoner Inmate or A Number (if applicable) | |

**Signature** | Daniel Gonzalez |     Date | Jul 13, 2023 |

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 27                                                                                                           New 12/01/2018