# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 26. Notice of Delay

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form26instructions.pdf

**9th Cir. Case Number(s)** | Consolidated Cases, No. 21-15696 & No. 22-15523

**Case Name** | Daniel Gonzalez v Department of Real Estate, Jeff Davi, et al.

Name(s) of party or parties filing this notice:

Daniel E. Gonzalez, Petitioner, Appellant, and Plaintiff

I am notifying the court that this appeal or petition has been pending before the court for a period in excess of that set forth below:

☒ A motion has been pending for longer than 4 months.

☐ The parties have not received notice of oral argument or submission on the briefs within 15 months after the completion of briefing.

☐ A decision on the merits has not been issued within 9 months after submission.

☐ The mandate has not issued within 28 days after the time to file a petition for rehearing has expired.

☐ A petition for rehearing has been pending for longer than 6 months.

☒ Other *(describe the nature of the delay)*:

Since 01/31/2011, I filed for nunc pro tunc relief to vacate a racist default revocation on 12/5/2010 of my broker license after a CA civil judgment on 6/14/2010 found no legal fault or liability in my favor. This res judicata action has been pending since 11/24/2015. On 6/14/2023, the Ninth Circuit panel advised the government pay for transcripts but the district court ignores my motion filed on 6/29/2023. The Ninth Circuit should grant forthwith my district court motion. (See, Appeals, Dkt. No. 43, at Attachment #2, pp. 3-18).

**Signature** | Daniel Gonzalez    **Date** | Jun 20, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 26**    *New 12/01/2018*